# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

ROBERT W. RAY
(212) 826-5321
rray@zeklaw.com

WWW.ZEKLAW.COM

April 28, 2021

**BY ECF**

The Honorable Philip M. Halpern
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

**Re: Zherka v. Garland (20 Civ. 7469)(PMH)**

Dear Judge Halpern:

The undersigned represents plaintiff Selim "Sam" Zherka in the referenced action. We write to inform the Court that on April 26, 2021, the Supreme Court granted certiorari in *New York State Rifle, et al. v. Corlett, Keith M., et al.* (20-843). In the decision below, the Second Circuit affirmed the Northern District of New York's dismissal of plaintiff's action for failure to state a claim. Plaintiff had alleged, *inter alia,* "that New York's requirement that an applicant for a license to carry a concealed handgun outside of the home show that 'proper cause exists for the issuance thereof,' N.Y. Penal Law § 400.00(2)(f), violates the Second Amendment." 818 Fed. Appx. 99 * 100 (2d Cir. August 26, 2020).

The Supreme Court granted certiorari "limited to the following question: Whether the State's denial of petitioners' applications for concealed-carry licenses for self-defense violated the Second Amendment."

Respectfully,

/s/ Robert W. Ray

Robert W. Ray