UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SELIM "SAM" ZHERKA,

                Plaintiff,

    -against-

                20 CIVIL 7469 (PMH)

## JUDGMENT

MERRICK B. GARLAND, Attorney General, in
his official capacity,

                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2022

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 23, 2022, Defendant's motion to dismiss is GRANTED in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

        March 23, 2022

                                            RUBY J. KRAJICK

                                              Clerk of Court

                BY:

                                              **Deputy Clerk**